HENRY C. HOLMES *v.* JAMES H. McDOWELL et al.

JAMES TALCOTT *v.* HENRY C. HOLMES et al.

ROBERT H. ROUNTREE *v.* THE SAME.

ALBERT BEEBE *v.* THE SAME.

(Argued January 21, 1879 ; decided January 28, 1879.)

Reported below, 15 Hun, 585.

*John Linn* for appellants.

*Samuel Foster* for respondents.

AGREE to affirm on prevailing opinion in court below.
All concur.
Order affirmed.